UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JASMINE ERVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23-CV-93-PPS-JEM |
| | ) | |
| MEIJER STORES LIMITED PARTNERSHIP and MEIJER, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff, Jasmine Ervin, and Defendants, Meijer Stores Limited Partnership and Meijer, Inc., filed a Joint Stipulation of Dismissal With Prejudice [DE 29], stipulating to the dismissal of this action in its entirety.

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 29] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire cause of action **WITH PREJUDICE**, with each party bearing its own attorneys' fees and costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

SO ORDERED.

ENTERED: October 17, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**